IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | | |
|---|---|---|
| SHEILA WOLFF, | ) | Cause No. CV-21-00131-BLG-SPW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **ORDER OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| KNIGHT-SWIFT TRANSPORTATION | ) | |
| HOLDINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| KNIGHT TRANSPORTATION, INC., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| DEWEY WOLFF | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| _____ | ) | |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice as fully and finally settled upon the merits. Each party shall bear its own costs and attorneys' fees.

DATED this 5th day of August, 2022.

SUSAN P. WATTERS
United States District Judge

2